# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 03-3076

_____

United States of America,            *
                                         *
        Appellee,            *
                                         *   Appeal from the United States
     v.                                *   District Court for the
                                         *   District of Minnesota.
Howard Eugene Liner,          *
                                         *      [UNPUBLISHED]
        Appellant.         *

_____

Submitted:  May 7, 2004
Filed:   May 25, 2004

_____

Before BYE, McMILLIAN, and RILEY, Circuit Judges.

_____

PER CURIAM.

Howard Eugene Liner (Liner), currently incarcerated in federal prison, appeals the district court's[1] amended preliminary injunction freezing his assets. After careful review of the record and applicable law, <u>see</u> <u>Heartland Acad. Cmty. Church v. Waddle</u>, 335 F.3d 684, 689-90 (8th Cir. 2003) (standard of review for appeal from preliminary injunction), we conclude that the district court had statutory authority under 18 U.S.C. § 1345 to issue the injunction which is the subject of this appeal; that the court did not abuse its discretion in issuing the injunction, in light of the evidence

_____

[1]The Honorable Michael J. Davis, United States District Judge for the District of Minnesota.

offered by the government; and that the scope of the injunction was proper, given Liner's refusal to offer rebuttal evidence as to the source of the frozen assets, and the court's allowance of funds for Liner's living expenses. Liner's remaining arguments provide no basis for reversal.

Accordingly, we affirm. <u>See</u> 8th Cir. R. 47B.

_____